Milo Steven Marsden (SBN 4879)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101-1655
Telephone: (801) 933-7360

Mark D. Flanagan (admitted *pro hac vice*)
Nathan L. Walker (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1117 California Ave.
Palo Alto, CA 94304
Telephone: (650) 858-6000

Attorneys for Defendants RANGE FUELS, INC.,
KHOSLA VENTURES, LLC, and VINOD KHOSLA

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAGE, Inc., a Utah corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BIOCONVERSION TECHNOLOGY, LLC, a Colorado limited liability company; ROBERT E. KLEPPER, an individual; KENNETH L. KLEPPER, an individual; RANGE FUELS, INC. f/k/a KERGY, INC., a Delaware corporation; KHOSLA VENTURES, LLC, a Delaware limited liability corporation; VINOD KHOSLA, an individual; and JOHN DOES 1 through 10,<br><br>    Defendants. | **DECLARATION OF NATHAN L. WALKER IN SUPPORT OF MOTION BY RANGE FUELS, INC., KHOSLA VENTURES, LLC, AND VINOD KHOSLA TO DISMISS CLAIMS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TRANSFER CLAIMS OR THE ENTIRE ACTION**<br><br>Case No.: 2:08CV00057DB<br><br>Judge Dee Benson |
| BIOCONVERSION TECHNOLOGY, LLC, a Colorado limited liability company;<br><br>    Counterclaimant<br><br>    v.<br><br>GAGE, Inc., a Utah corporation,<br><br>    Counterclaim Defendant. | |

- 1 -

I, Nathan L. Walker, declare and state as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP, counsel to Defendants Range Fuels, Inc. ("Range Fuels"), Khosla Ventures, LLC ("Khosla Ventures"), and Vinod Khosla (collectively, the "Range Fuels Parties") in the above-captioned action (the "Utah Action") and in connection with the separate but related lawsuit that GAGE, Inc. ("GAGE") has filed against the Range Fuels Parties in the District of Colorado, Case No. 1:09-cv-00062-WDM-MJW (the "Colorado Action").  I have personal knowledge of the following facts and if called as a witness could and would testify competently to the facts.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint that GAGE filed against the Range Fuels Parties on January 14, 2009 in the Colorado Action.

3. Attached hereto as Exhibit B is Range Fuels' Answer to GAGE's Complaint in the Colorado Action.  Khosla Ventures and Vinod Khosla have yet to be served with GAGE's Complaint in the Colorado Action.  I understand, however, that they anticipate filing an answer to the Complaint in the Colorado action, denying GAGE's claims but conceding that they are subject to personal jurisdiction in Colorado.

4. Attached hereto as Exhibit C is a true and correct copy of the Second Amended Complaint that Gage filed in this Utah Action on January 20, 2009, as Docket No. 53.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.  Executed on this 4th day of March, 2009.

/S/  Nathan L. Walker
_____
Nathan L. Walker