David J. Jordan (#1751)
*djjordan@stoel.com*
David L. Mortensen (#8242)
*dlmortensen@stoel.com*
Monica S. Call (#11361)
*mscall@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131

Attorneys for Plaintiff
GAGE, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAGE, INC., a Utah corporation,<br><br>    Plaintiff,<br><br> v.<br><br>BIOCONVERSION TECHNOLOGY, LLC, a Colorado limited liability company; ROBERT E. KLEPPER, an individual; KENNETH L. KLEPPER, an individual; RANGE FUELS, INC. f/k/a KERGY, INC., a Delaware corporation; KHOSLA VENTURES, LLC, a Delaware limited liability corporation; VINOD KHOSLA, an individual; and JOHN DOES 1 through 10,<br><br>    Defendants.<br><br>BIOCONVERSION TECHNOLOGY, LLC, a Colorado limited liability company;<br><br>    Counterclaimant,<br> v.<br><br>GAGE, INC., a Utah corporation,<br><br>    Counterclaim Defendant. | **ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE**<br><br>Case No.: 2:08CV00057DB<br><br>Judge Dee Benson |

SaltLake-503153.1 0039509-00001

This matter comes before this Court on GAGE, Inc.'s Unopposed Motion to Consolidate pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. After being fully informed in the matter, and for other good cause appearing:

IT IS HEREBY ORDERED that civil case 2:09-cv-00031-DB is consolidated with the above-captioned case, civil case 2:08-cv-00057-DB for all purposes, including resolution of post-judgment issues.

IT IS FURTHER ORDERED that all papers filed with the Court following this consolidation order shall bear Civil Case No. 2:08-cv-00057-DB (Consolidated).

IT IS SO ORDERED.

DATED this ___ day of _____, 2009.

_____
THE HONORABLE JUDGE DEE BENSON
DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2009, I served a copy of the foregoing **ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE** upon the following by ECF notification:

Milo Steven Marsden
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101-1655

R. Willis Orton
Christopher S. Hill
KIRTON MCCONKIE
1800 Eagle Gate Tower
60 East South Temple
PO Box 45120
Salt Lake City, Utah 84145

Chad T. Nitta
KUTAK ROCK LLP
1801 California St. Ste. 3100
Denver, CO 80202

Mark D. Flanagan
Nathan L. Walker
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1117 S. California Avenue
Palo Alto, California 94304

                ____*/s/ Ann-Marie Liddell*_____